1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO MALDONADO LOPEZ and ALEJANDRO LOPEZ FERREIRA,<br><br>Plaintiffs,<br>vs.<br><br>AQUI ES TEXCOCO, INC., FRANCISCO PEREZ, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 12-CV-1215 BEN (WVG)<br>CASE NO. 12-CV-2113 BEN (WVG)<br><br>**ORDER DENYING MOTION TO CONSOLIDATE CASES FOR TRIAL AND ADOPT A UNIVERSAL SCHEDULING ORDER** |
| AQUI ES TEXCOCO, INC., a California Corporation; FRANCISCO PEREZ, an individual,<br><br>Plaintiffs,<br>vs.<br>EDUARDO MALDONADO LOPEZ, an individual; ALEJANDRO LOPEZ FERREIRA, an individual; SANDRA CASTILLO, an individual; all defendants doing business as Aqui Esta Texcoco; AQUI ESTA TEXCOCO, a business entity; DOES 1 through 10, inclusive,<br><br>Defendants. | |

- 1 -

1    Before the Court is a motion to consolidate two cases for trial. The cases are:
2    *Eduardo Maldonado Lopez et al. v. Aqui Es Texcoco, Inc. et al.*, U.S. District Court
3    Case No. 3:12-cv-01215-BEN-WVG ("the Wage case"), and *Aqui Es Texcoco, Inc.*
4    *et al. v. Eduardo Maldonado Lopez et al.*, U.S. District Court Case No. 3:12
5    cv-02113-BEN-WVG ( "the Trademark case"). In the Wage case, Eduardo
6    Maldonado Lopez and Alejandro Lopez Ferreira assert claims for unpaid overtime
7    and other wages against defendants Aqui Es Texcoco, Inc. and Francisco Perez. In
8    the Trademark case, Aqui es Texcoco and Francisco Perez assert claims against
9    Eduardo Maldonado Lopez, Alejandro Lopez Ferreira, and others. That case
10   involves claims of trademark infringement, trade libel and trade secret
11   misappropriation.
12   Aqui Es Texcoco, Inc. and Francisco Perez request consolidation and adoption
13   of the Court's scheduling order in the Trademark case for both actions. Currently,
14   the Wage case has a Final Pretrial Conference set for October 28, 2013, and the
15   Trademark case has a Final Pretrial Conference set for April 7, 2014. Discovery is
16   closed in the Wage case.
17   The extent to which the opposing parties support or oppose consolidation is
18   unclear. On June 12, 2013, counsel for Eduardo Maldonado Lopez, Alejandro
19   Lopez Ferriera, and others in the Trademark case filed a notice of joinder on his
20   clients' behalf. On June 25, 2013, the attorney for Eduardo Maldonado Lopez and
21   Alejandro Lopez Ferriera in the Wage case *opposed* the motion on Lopez's behalf
22   (the attorney stated that he had been unable to reach Ferreira). The Court need not
23   resolve this inconsistency. It declines to order consolidation. *See* CivLR 7.1.d.1 ("A
24   judge may, in the judge's discretion, decide a motion without oral
25   argument.")
26   The Court has discretion to consolidate cases that involve a "a common
27   question of law or fact." Fed. R. Civ. P. 42(a); *In re Adams Apple, Inc.*, 829 F.2d
28   1484, 1487 (9th Cir. 1987). However, "[w]here a case that is ready for or close to

trial would be held up pending completion of pretrial proceedings in another case, courts have consistently denied consolidation." *Antoninetti v. Chipotle Mexican Grill, Inc.*, No 05-CV-1660-J WMC, 2007 WL 2669531, at *2 (S.D. Cal. Sept. 7, 2007). Because discovery has closed in the Wage case, and because the legal and factual overlap between these cases is minimal, consolidation for the purposes of trial is not appropriate at this juncture. The motion is denied. The hearing on this motion, scheduled for July 8, 2013, is vacated.

**IT IS SO ORDERED**.

DATED: June 27, 2013

Hon. Roger T. Benitez
United States District Judge